FILED
DEC 12 2023
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 4:23-cr-166 |
| v. | INDICTMENT |
| DERRICK DWAYNE SMITH, | T. 18 U.S.C. § 922(a)(6) |
| Defendant. | T. 18 U.S.C. § 922(g)(9) |
| | T. 18 U.S.C. § 924(a)(2) |
| | T. 18 U.S.C. § 924(a)(1)(A) |
| | T. 18 U.S.C. § 924(d) |
| | T. 28 U.S.C. § 2461(c) |

**THE GRAND JURY CHARGES:**

## COUNT 1
### (False Statement During Purchase of a Firearm)

On or about April 18, 2020, in the Southern District of Iowa, the defendant, DERRICK DWAYNE SMITH, in connection with the acquisition of a firearm, namely, a Canik, model TP9SF Elite, nine-millimeter pistol, with serial number 20BH02643, from JT Guns & Supply LLC in Des Moines, Iowa, a licensed dealer of firearms, knowingly made a false and fictitious written statement which was intended and likely to deceive the licensed dealer as to a fact material to the lawfulness of the acquisition of said firearm. Specifically, the defendant falsely represented on Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, in response to Question 11.i., that he had never been convicted in any court of a misdemeanor crime of domestic violence.

This is a violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

**THE GRAND JURY FURTHER CHARGES:**

**COUNT 2**
**(False Statement During Purchase of a Firearm)**

On or about April 18, 2020, in the Southern District of Iowa, the defendant, DERRICK DWAYNE SMITH, knowingly made a false statement and representation to JT Guns & Supply in Des Moines, Iowa, a person licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of JT Guns & Supply in Des Moines, Iowa. Specifically, the defendant falsely represented on Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, in response to Question 11.i., that he had never been convicted in any court of a misdemeanor crime of domestic violence.

This is a violation of Title 18, United States Code, Section 924(a)(1)(A).

**THE GRAND JURY FURTHER CHARGES:**

**COUNT 3**
**(Prohibited Person in Possession of a Firearm)**

On or about April 18, 2020, in the Southern District of Iowa, the defendant, DERRICK DWAYNE SMITH, in and affecting commerce, knowingly possessed a firearm, namely: a Canik, model TP9SF Elite, nine-millimeter pistol, with serial number 20BH02643. At the time of the offense, the defendant knew he had been convicted of a misdemeanor crime of domestic violence.

This is a violation of Title 18, United States Code, Sections 922(g)(9) and 924(a)(2).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 4
### (False Statement During Purchase of a Firearm)

On or about January 6, 2021, in the Southern District of Iowa, the defendant, DERRICK DWAYNE SMITH, in connection with the acquisition of a firearm, namely, a Canik, model TP9SFX, nine-millimeter pistol, with serial number 20BC61815, from Rangemasters in Clive, Iowa, a licensed dealer of firearms, knowingly made a false and fictitious written statement which was intended and likely to deceive the licensed dealer as to a fact material to the lawfulness of the acquisition of said firearm. Specifically, the defendant falsely represented on Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, (1) in response to Question 21.a., that he was the actual transferee/buyer of the firearm listed on the form; and (2) in response to Question 21.i., that he had never been convicted in any court of a misdemeanor crime of domestic violence.

This is a violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 5
### (False Statement During Purchase of a Firearm)

On or about January 6, 2021, in the Southern District of Iowa, the defendant, DERRICK DWAYNE SMITH, knowingly made a false statement and representation to Rangemasters in Clive, Iowa, a person licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Rangemasters in Clive, Iowa. Specifically, the defendant falsely represented on Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, (1) in response to Question 21.a., that he was the actual transferee/buyer of the firearm listed on the form; and (2) in response to Question 21.i., that he had never been convicted in any court of a misdemeanor crime of domestic violence.

This is a violation of Title 18, United States Code, Section 924(a)(1)(A).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 6
### (Prohibited Person in Possession of a Firearm)

On or about January 6, 2021, in the Southern District of Iowa, the defendant, DERRICK DWAYNE SMITH, in and affecting commerce, knowingly possessed a firearm, namely: a Canik, model TP9SFX, nine-millimeter pistol, with serial number 20BC61815. At the time of the offense, the defendant knew he had been convicted of a misdemeanor crime of domestic violence.

This is a violation of Title 18, United States Code, Sections 922(g)(9) and 924(a)(2).

4

**THE GRAND JURY FURTHER CHARGES:**

<u>**COUNT 7**</u>
**(False Statement During Purchase of a Firearm)**

On or about May 11, 2022, in the Southern District of Iowa, the defendant, DERRICK DWAYNE SMITH, in connection with the acquisition of a firearm, namely, a Glock, model G19 Gen5, nine-millimeter pistol, with serial number ABPL737, from Scheels All Sport in West Des Moines, Iowa, a licensed dealer of firearms, knowingly made a false and fictitious written statement which was intended and likely to deceive the licensed dealer as to a fact material to the lawfulness of the acquisition of said firearm. Specifically, the defendant falsely represented on Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, (1) in response to Question 10, that his current residence was at 1256 11th Street, Apt. 112, West Des Moines, IA 50265; (2) in response to Question 21.a., that he was the actual transferee/buyer of the firearm listed on the form; and (3) in response to Question 21.i., that he had never been convicted in any court of a misdemeanor crime of domestic violence.

This is a violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

**THE GRAND JURY FURTHER CHARGES:**

<u>**COUNT 8**</u>
**(False Statement During Purchase of a Firearm)**

On or about May 11, 2022, in the Southern District of Iowa, the defendant, DERRICK DWAYNE SMITH, knowingly made a false statement and representation to Scheels All Sport in West Des Moines, Iowa, a person licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Scheels All Sport in West Des Moines, Iowa. Specifically, the defendant falsely represented on Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, (1) in response to Question 10, that his current residence was at 1256 11th Street, Apt. 112, West Des Moines, IA 50265; (2) in response to Question 21.a., that he was the actual transferee/buyer of the firearm listed on the form; and (3) in response to Question 21.i., that he had never been convicted in any court of a misdemeanor crime of domestic violence.

This is a violation of Title 18, United States Code, Section 924(a)(1)(A).

**THE GRAND JURY FURTHER CHARGES:**

<u>**COUNT 9**</u>
**(Prohibited Person in Possession of a Firearm)**

On or about May 11, 2022, in the Southern District of Iowa, the defendant, DERRICK DWAYNE SMITH, in and affecting commerce, knowingly possessed a firearm, namely: a Glock, model G19 Gen5, nine-millimeter pistol, with serial number ABPL737.  At the time of the offense, the defendant knew he had been convicted of a misdemeanor crime of domestic violence.

This is a violation of Title 18, United States Code, Sections 922(g)(9) and 924(a)(2).

**THE GRAND JURY FURTHER CHARGES:**

<u>**COUNT 10**</u>
**(False Statement During Purchase of a Firearm)**

On or about January 14, 2023, in the Southern District of Iowa, the defendant, DERRICK DWAYNE SMITH, in connection with the acquisition of a firearm, namely, a SAR, model SAR9 METE, nine-millimeter pistol, with serial number T1102-21CD50666; and a Canik, model TP9SA, nine-millimeter pistol, with serial number TB47221AP01105, from JT Guns & Supply LLC in Des Moines, Iowa, a licensed dealer of firearms, knowingly made a false and fictitious written statement which was intended and likely to deceive the licensed dealer as to a fact material to the lawfulness of the acquisition of said firearm.  Specifically, the defendant falsely represented on Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, (1) in response to Question 21.a., that he was the actual transferee/buyer of the firearm listed on the form; (2) in response to Question 21.g., that he was not an unlawful user of, or addicted to, marijuana or any depressant, stimulant, narcotic drug, or any other controlled substance; and (3) in response to Question 21.k., that he had never been convicted in any court of a misdemeanor crime of domestic violence.

This is a violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

**THE GRAND JURY FURTHER CHARGES:**

<u>**COUNT 11**</u>
**(False Statement During Purchase of a Firearm)**

On or about January 14, 2023, in the Southern District of Iowa, the defendant, DERRICK DWAYNE SMITH, knowingly made a false statement and representation to JT Guns & Supply LLC in Des Moines, Iowa, a person licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of JT Guns & Supply LLC in Des Moines, Iowa. Specifically, the defendant falsely represented on Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, (1) in response to Question 21.a., that he was the actual transferee/buyer of the firearm listed on the form; (2) in response to Question 21.g., that he was not an unlawful user of, or addicted to, marijuana or any depressant, stimulant, narcotic drug, or any other controlled substance; and (3) in response to Question 21.k., that he had never been convicted in any court of a misdemeanor crime of domestic violence.

This is a violation of Title 18, United States Code, Section 924(a)(1)(A).

THE GRAND JURY FINDS:

## NOTICE OF FORFEITURE

Upon conviction for the offense(s) alleged in Counts 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, and/or 11 of this Indictment, the defendant, DERRICK DWAYNE SMITH, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), all firearms, firearm parts, magazines, and ammunition involved in the commission of said offenses, including, but not limited to, the firearms, firearm parts, and ammunition identified in Counts 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, and 11 of this Indictment.

This is pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

A TRUE BILL.

_____
FOREPERSON

Richard D. Westphal
United States Attorney

By: _____
Kristin M. Herrera
Assistant United States Attorney